**STATE OF LOUISIANA**
**COURT OF APPEAL, THIRD CIRCUIT**
**P.O. Box 16577**
**Lake Charles LA 70616**
**(337) 433-9403**

Henry Howard Lemoine  Jr.
Attorney at Law
607 Main St.
Pineville LA 71360

**REHEARING ACTION: November 10, 2009**

**Docket Number: 09   00524-JAC**

**HERBERT AND MARTHA DALME**
**VERSUS**
**LEAH DALME, ET AL.**

**Appealed from Natchitoches Parish Case No. C-77213, Div. B**

<u>**BEFORE JUDGES**</u>**:**

> **Hon. John D. Saunders**
> **Hon. Jimmie C. Peters**
> **Hon. James T. Genovese**

As counsel of record in the captioned case, you are hereby notified that the application

for rehearing filed by **Eric Stoker** has this day been

> **DENIED.**
> Peters, J., would grant rehearing.

cc: Richard Bray Williams, Counsel for the Appellee
     Richard Emile deVargas, Counsel for the Appellee